

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-23-00312-CV
_____

IN THE INTEREST OF M.M.G., A CHILD

On Appeal from the County Court at Law No. 3
Lubbock County, Texas
Trial Court No. 2013-508,120, Honorable Shelly Marshall, Associate Judge Presiding

October 18, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Stefana Gonzales, appeals from the trial court's order. Now pending before this Court is Gonzales's unopposed motion seeking voluntary dismissal of the appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam